IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHLEEN F. CIERI and         :
        THOMAS CIERI          :
                              :
        v.                    :
                              :
ROBERT LUBY and STRYKER CORP. :        NO. 02-CV-4610

O R D E R

AND NOW, this _____ day of August, 2002, upon consideration of the Stipulation by Plaintiffs, Kathleen F. Cieri and Thomas Cieri, and Defendants, Robert Luby and Stryker Corporation, to Remand Action to the Lehigh County Court of Common Pleas, it is hereby Ordered and Decreed that the above-captioned case shall be remanded to the Lehigh County Court of Common Pleas.  My order of July 31, 2002 requiring defendants to show cause why the case not be remanded to state court (docket #5) is therefore moot, and the defendants need not comply with that order.

BY THE COURT:

_____
MARY A. MCLAUGHLIN, J.